United States District Court
Southern District of Texas
**ENTERED**
July 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREDERICK MCCULLOUGH, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01267 |
| | § | |
| MIDFIRST BANK, | § | |
| | § | |
| Defendant. | § | |

## ORDER ABATING CASE

Came to be considered the parties' agreed joint motion to abate case (Dkt. No. 17). The Court finds that the motion should be GRANTED.

It is, therefore, ORDERED that all the deadlines and settings in this case are hereby abated for sixty (60) days from today's date and that the case will be automatically reinstated upon expiration of the abatement period.

It is so ORDERED.

SIGNED on July 23, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge